| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>EDWARD A. WEISS   (SB No. 64706)<br>Attorney at Law<br>700 S. MacDuff<br>Anaheim, CA  92804<br>(714) 952-3752<br>(714) 333-9362 FAX<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA **DIVISION**

| In re:<br>    MARGARET HODGES MITCHELL,<br><br><br><br><br><br><br>                                                   Debtor(s). | CASE NO.: 8:11-bk-10938-ES<br>CHAPTER: 7<br><br>**NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |
|---|---|

**Creditor Name:** JOANNE McDOWELL

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor(s) hereby moves this Court for an Order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party objecting to the motion may file and serve a written objection and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

4. **Type of Case:**
   a. ☑ A Voluntary Petition under Chapter ☑ 7 ☐ 11 ☐ 12 ☐ 13 was filed on: 1/21/11
   b. ☐ An Involuntary Petition under Chapter ☐ 7 ☐ 11 was filed on: _____
   ☐ An Order of Relief under Chapter ☐ 7 ☐ 11 was entered on: _____
   c. ☐ An Order of Conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on: _____
   d. ☐ Other:

5. **Procedural Status:**
   a. ☑ Name of trustee Appointed (*if any*): Charles W. Daff
   b. ☐ Name of Attorney of Record for trustee (*if any*): _____

6. Debtor claims an exemption in the subject real property under:
   a. ☑ California Code of Civil Procedure § 704.730 (Homestead): Exemption amount claimed on Schedules: $153,607.81
   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on Schedules: $_____
   c. ☐ Other Statute (*specify*): _____

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:
   a. Date of Entry of Judgment (*specify*): 6/28/10
   b. Case Name (*specify*): Joanne McDowell vs. Margaret Mitchell
   c. Docket Number (*specify*): _____
   d. Date of Recordation of Lien (*specify*): 7/14/10
   e. Recorder's Instrument Number or Map/Book/Page (*specify*): 2010000334643

8. The property claimed to be exempt is as follows:
   a. Street Address (*specify*): 1973 Lark Ellen Dr.
   b. Legal Description (*specify*): ☑ See Attached Page

9. Debtor acquired the property claimed exempt on the following date (*specify*): 1/2008

10. Debtor alleges that the fair market value of the property claimed exempt is: $ 575,000.00

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this Motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Wachovia Mortgage | ☐ | 1/2008 | $ 507,500.00 | 421,392.19 | |
| Joanne McDowell | ☑ | 7/14/10 | $ 25,585.95 | | |
| | ☐ | | $ | | |
| | ☐ | | $ | | |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 2    F 4003-2.1.MOTION.RP

12. Debtor(s) attaches copies of the following documents in support of the motion (as appropriate):
   a. ☑ Schedule C listing all exemptions claimed by Debtor(s)
   b. ☐ Appraisal of the property
   c. ☑ Documents showing current balance due as to the liens specified in Paragraph 11 above
   d. ☑ Recorded Abstract of Judgment
   e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
   f. ☐ Declaration(s)
   g. ☐ Other (specify): _____

13. Total number of attached pages of supporting documentation: __4__

14. Debtor(s) declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this motion was executed on the following date at ___Fullerton___, California.

WHEREFORE, Debtor(s) prays that this court issue an Order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

Dated: __3-16-11__    By: _/s/ Margaret Hodges Mitchell_
                                 Signature of Debtor

                              Name: Margaret Mitchell
                                          Type Name of Debtor

Dated: __3/23/11__    By: _/s/ Edward Weiss_
                                 Signature of Attorney for Debtor

                              Name: Edward A. Weiss, Esq.
                                          Type Name of Attorney for Debtor

LEGAL DESCRIPTION

LOT 73 OF TRACT NO. 4079, IN THE CITY OF FULLERTON, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 172 PAGES 24 AND 25 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

B6C (Official Form 6C) (04/10)

IN RE Mitchell, Margaret Hodges _____    Case No. _____
                    Debtor(s)                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☑ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Single-family residence 3 BD, 2BTH - 2245 sf 1973 Lark Ellen Dr. Fullerton, CA 92835 | CCCP § 704.730(a)(3) | 153,607.81 | 575,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Cash on hand | CCCP § 704.080 | 100.00 | 100.00 |
| US Bank Ckg # Ending 0063 275 W. Central Brea, CA 92821 | CCCP § 704.080 | 1,100.00 | 1,100.00 |
| US Bank Svgs # Ending 8821 | CCCP § 704.080 | 1,000.00 | 1,000.00 |
| Furniture & furnishings at residence | CCCP § 704.020 | 2,500.00 | 2,500.00 |
| Clothing at residence | CCCP § 704.020 | 1,000.00 | 1,000.00 |
| Jewelry (watches, rings, misc.) | CCCP § 704.040 | 2,000.00 | 2,000.00 |
| 2003 Toyota Corolla -4DR License #5CQL758 118,000 miles | CCCP § 704.010 | 2,725.00 | 3,900.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# WACHOVIA

December 06, 2010

1973 Lark Ellen Dr
Fullerton, CA 92835

Loan No.: 0048006654
Borrower: Margaret H. Mitchell

Property: 1973 Lark Ellen Dr
Fullerton CA 92835-2230

Attn: Service First Escrow
Fax: (714) 463-4579
Esc/Ord No.: Margaret H. Mitchell

Phone No.: (714)529-6287
(000)000-0000

*******************PAYOFF STATEMENT*****************************

*MAIL CERTIFIED FUNDS ONLY TO 4101 WISEMAN BLVD, BLDG.203, SAN
ANTONIO, TX 78251. ATTN: PAYOFF DEPT., TX1363 OR WIRE FUNDS TO:
WACHOVIA MORTGAGE, ABA NO. 053000219, BENEFICIARY NO: 01131510715324,
ATTN: PAYOFF DEPT., 4101 WISEMAN BLVD., BLDG. 203, SAN ANTONIO, TX
78251-4201. INCLUDE THE FOLLOWING: CREDIT LOAN: 0048006654,
PROPERTY ADDRESS: 1973 Lark Ellen Dr, Fullerton CA 92835.
*LOANS WITH AUTOMATIC DRAFTING FEATURE (EFTS) MUST BE CANCELLED AT
LEAST SIX BUSINESS DAYS PRIOR TO THE NEXT PAYMENT DUE DATE (EXCEPT
BIWEEKLY LOANS WHICH CANNOT BE CANCELLED UNTIL THE LOAN IS PAID IN
FULL). ALL EXCESS FUNDS RECEIVED DUE TO OVERPAYMENT, INCLUDING
BIWEEKLY DRAFTS, WILL BE REFUNDED WITHIN 30 BUSINESS DAYS.
*THIS STATEMENT SUPERCEDES ALL PRIOR PAYOFF STATEMENTS ISSUED BY WACHOVIA

THIS STATEMENT IS VOID AFTER December 14, 2010
FOR AN UPDATE AFTER THE VOID DATE OR FOR QUESTIONS REGARDING THIS
PAYOFF STATEMENT, PLEASE CALL 800-642-0257.

| Amount | Description | | | |
|---|---|---|---|---|
| 396,836.21 | Principal Balance | | | |
| | FROM | THRU | RATE | INTEREST |
| | 11/15/09 | 12/14/09 | 5.81000 | 1,921.35 |
| | 12/15/09 | 01/14/10 | 5.40000 | 1,785.76 |
| | 01/15/10 | 02/14/10 | 5.35000 | 1,769.23 |
| | 02/15/10 | 03/14/10 | 5.27000 | 1,742.77 |
| | 03/15/10 | 06/14/10 | 5.25000 | 5,208.48 |
| | 06/15/10 | 08/14/10 | 5.24000 | 3,465.70 |
| | 08/15/10 | 09/14/10 | 5.23000 | 1,729.54 |
| | 09/15/10 | 10/14/10 | 5.22000 | 1,726.24 |
| | 10/15/10 | 11/14/10 | 5.20000 | 1,719.62 |
| | 11/15/10 | 12/14/10 | 5.19000 | 1,716.32 |

| | | |
|---|---|---|
| 22,785.01 | Interest (PER DIEM  56.43) | 22,785.01 |
| 1,761.97 | Escrow Advance Balance | |
| 9.00 | Recording Fee | |
| 421,392.19 | TOTAL required to pay loan in full | |
| 421,392.19 | TOTAL TO PAY LOAN AND RELATED WACHOVIA MORTGAGE CHARGES | |

P.O. Box 659558
San Antonio, Texas 78265-9558

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number): |
|---|
| Recording requested by and return to: |
| Bruce Dannemeyer, Bar No. 107243 |
| The Dreyfuss Firm, plc |
| 7700 Irvine Center Dr., Suite 710 |
| Irvine, CA 92618 |
| 949-727-0977 |

[x] ATTORNEY FOR  [x] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder
|||||||||||||||||||||||||||||  16.00
2010000334643  3:12 pm 07/14/10
90 413 A03   1
0.00 0.00 0.00 0.00 0.00 10.00 0.00 0.00

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 1275 N. Berkeley Ave.
MAILING ADDRESS: P. O. Box 5000
CITY AND ZIP CODE: Fullerton, CA 92838-5000
BRANCH NAME: North Justice Center

FOR RECORDER'S USE ONLY

PLAINTIFF: JOANNE McDOWELL

DEFENDANT: MARGARET MITCHELL

CASE NUMBER: 30-2010-00349930

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [x] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Margaret Mitchell
      1973 Lark Ellen Drive
      Fullerton, CA 92835
   
   b. Driver's license no. [last 4 digits] and state:  [x] Unknown
   c. Social security no. [last 4 digits]:  [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Margaret Mitchell
      1973 Lark Ellen Drive, Fullerton, CA 92835

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   JOANNE McDOWELL, c/o The Dreyfuss Firm, plc, Address above

Date: June 29, 2010
Bruce Dannemeyer
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 25,585.95
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): June 28, 2010
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL — Superior Court of California, County of Orange]

This abstract issued on (date):
JUL 0 8 2010

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by _____, Deputy
    ALAN CARLSON        M. GESKE

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. MacDuff, Anaheim, CA 92804

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/24/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Charles W. Daff, Trustee: cdaff@epiqtrustee.com
Darlene C Vigil, Interested Party: cdcaecf@bdfgroup.com
Christine M. Fitzgerald, Interested Party: cfitzgerald@scckg.com

US Trustee: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 3/24/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Joanne McDowell, aka Joanne Maldonado, 15404 Rojas St., Hacienda Heights, CA 91745

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/24/11 | Linda Mackey | *Linda Mackey* (signature) |
|---|---|---|
| Date | Type Name | Signature |