Charles W. Daff (State Bar No. 76178)
2009 N. Broadway
Santa Ana, CA 92706
Telephone: (714) 541-0301
Facsimile: (714) 569-0515

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:11-10938-ES |
| MITCHELL, MARGARET HODGES | Chapter 7 |
| | **NOTIFICATION OF ASSET CASE** |
| | ***(NO BAR DATE FOR CLAIMS IS REQUIRED AT THIS TIME)*** |
| Debtor(s). | {No Hearing Required} |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

PLEASE TAKE NOTICE that Charles W. Daff, the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in this case. The Trustee has determined that there are insufficient funds on hand to make dividend payments to the creditors, therefore, no claims bar date should be fixed in this case, until further notice by the trustee.

Dated: May 4, 2011

/s/ Charles W. Daff
Charles W. Daff
Chapter 7 Trustee