1 | CHARLES W. DAFF, BAR NO. 76178
2009 N. BROADWAY
2 | SANTA ANA, CA 92706
Tel: (714) 541-0301
3 | Fax: (714) 569-0515
Email: charlesdaff@yahoo.com
4 |
Chapter 7 Trustee
5 |

6 |              UNITED STATES BANKRUPTCY COURT

7 |              CENTRAL DISTRICT OF CALIFORNIA

In re                          )      CASE NO. 8:11-bk-10938 ES
8 |                             )      Chapter 7
MARGARET MITCHELL,             )
9 |                             )
                               )      TRUSTEE'S MOTION FOR AUTHORITY
10 |                           )      TO SELL PERSONAL PROPERTY OF
                               )      THE ESTATE; DECLARATION OF
11 |          Debtor.          )      CHARLES W. DAFF
                               )
12 |                          )      SALE DATE: July 11, 2011
                               )      SALE TIME: 1:00 PM
13 |                          )      LOCATION: 2009 N. Broadway
_____)                Santa Ana, CA 92706
14 |

      TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY

15 | JUDGE:

16 |      Charles W. Daff, the duly appointed and acting Chapter 7

17 | Trustee for the bankruptcy estate of Margaret Mitchell, submits

18 | this motion for a court order authorizing the private sale and

19 | the assignment of a junior Trust Deed secured and recorded

20 | against the real property located at 31381 S. Coast Highway,

21 | Laguna Beach, CA 92651.  The debtor is the owner and

22 | assignee/beneficiary of the junior deed of trust. The proposed

23 | buyer of the deed of trust is OC Pacific, LLC.  The proposed

24 | sales price is $15,000, all cash, subject to overbid and

25 | bankruptcy court approval as more fully set forth below.

26 | //

27 | //

28 |

**BACKGROUND INFORMATION**

1.   The Debtor filed a petition under chapter 7 of the Bankruptcy Code on January 21, 2011.

2.   Charles W. Daff is the duly appointed, qualified and acting chapter 7 trustee for the bankruptcy estate.

3.   The court has jurisdiction of this matter under 28 U.S.C. §§ 1334 and 157.   The motion to sell assets of the estate is made pursuant to Bankruptcy Code section 363(b); Bankruptcy Rule 6004; and Local Bankruptcy Rule 9013-1(g)(1).

**THE PROPERTY**

4.   The Debtor listed in her bankruptcy schedules as an asset of the estate a Promissory Note and Junior Trust Deed which is recorded and secured on real property located at 31381 S. Coast Highway, Laguna Beach, CA 92651.   The Debtor in Schedule B- Personal Property described her interest as a "Note & 2nd TD on property at 31381 S. Coast Hwy., Laguna Beach, Ca. 92651, Original Value of $106,000."   A true and correct copy of Schedule B- Personal Property is attached hereto as **Exhibit A.**   The Debtor's interest is based upon a Deed of Trust dated March 24, 2008 and recorded with the Orange County Clerk Recorder on March 26, 2008 bearing instrument number 2008000139658. The stated amount due on the promissory note pursuant to the deed of trust is $106,000.   A true and correct copy of the Short Form Deed of Trust and Assignment of Rents is attached hereto as **Exhibit B.** The Assignment of Deed of Trust transferring the interest to the debtor, Margaret Mitchell, is recorded with the Orange County Recorder on March 26, 2008 bearing instrument number 2008000139659.   A true and correct copy of the Assignment of Deed

-2-

1  of Trust is attached hereto as **Exhibit C**.

2       5.    The real property located at 31381 S. Coast Highway,

3  Laguna Beach, California is owned by Donald L. Castro, a Single

4  Man, Trustor to Cal Counties Title Nation, a California

5  Corporation.   Donald Castro filed for a chapter 7 bankruptcy on

6  February 23, 2009, under case number 8:09-11442 TA.   Charles W.

7  Daff was appointed the Trustee in the case bearing number 8:09-

8  11442 TA.   Charles W. Daff filed a No Asset Report in case number

9  8:09-11442 TA on January 26, 2010 and the case was closed by the

10 court on February 18, 2011.   The case was re-opened by the debtor

11 on March 31, 2011 to file his Financial Management Course

12 Certificate.   The case remains open at this time.

13      6.    On or about June 17 2011, the Trustee received a

14 written offer to purchase and assign the bankruptcy estate's

15 right,  title and interest in the Promissory Note and Trust Deed

16 which is based upon the Assignment of Deed of Trust dated March

17 24, 2008 and recorded with the Orange County Clerk Recorder on

18 March 26, 2008 bearing recording number 2008000139659, for the

19 sum of $15,000.00.

20                    **THE SALE OF REAL PROPERTY**

21      7.    The Trustee seeks to conduct a private sale and to

22 assign the Promissory Note and Junior Deed of Trust described

23 herein to the buyer, OC Pacific, LLC, pursuant to the following

24 terms and conditions.

25           a.    The Promissory Note and Junior Deed of Trust is

26 sold "as is" with no warranties given or implied.

27           b.    Purchase Price:   The purchase price will be the

28 sum of $15,000.00 cash.

1          c.   The private sale of the Promissory Note and Deed of

2   Trust is subject to overbid.   The first overbid shall not be less

3   than $2,500 and subsequent bids increased in increments of $1,000

4   for each bid thereafter.

5          d.   Opening Bidder: OC Pacific, LLC.

6          e.   **The private sale will take place at the offices of**

7   **the trustee, Charles W. Daff, located at 2009 N. Broadway, Santa**

8   **Ana, CA 92706, on July 11, 2011 at 1:00 PM. The trustee reserves**

9   **the right to reject bids which, in his opinion, are insufficient**

10  **or do not conform to the terms of the sale and without further**

11  **notice, except as orally announced at said sale or continuance**

12  **thereof, to continue the sale from time to time and from place to**

13  **place.**

14         f.   Bankruptcy Court Jurisdiction:   The sale and

15  assignment of the Promissory Note and Junior Deed of Trust is

16  subject to the approval of the Bankruptcy Court.

17         g.   Without Warranties:   The buyer is purchasing the

18  bankruptcy estate's right, title, and interest to the Promissory

19  Note and Junior Deed of Trust on terms known as "as is - where

20  is" and without express or implied warranties.

21                       **BENEFIT TO THE ESTATE**

22       8.   The sale and assignment of the Promissory Note and Deed

23  of Trust as proposed herein will generate approximately $15,000

24  net proceeds for this estate.   The debtor has scheduled in

25  Schedule F-Unsecured Claims the sum of $50,076.50. A dividend

26  will be paid to general unsecured creditors as a result of the

27  sale of this asset.

28       9.   The Trustee will provide notice to all creditors that

-4-

1  the proposed private sale is subject to overbid.   The purchase

2  and assignment of the estate's interest in the Promissory Note

3  and Deed of Trust by the proposed buyer generates the only value

4  to the estate at this time.

5      WHEREFORE, the trustee requests that the court enter an

6  order:

7      1.    Approving the proposed private sale and assignment

8  of the Promissory Note and Deed of Trust pursuant to the terms

9  and conditions set forth above;

10     2.    Authorizing the Trustee to sign any and all

11 documents necessary to effectuate the terms of sale; and

12     3.    For other relief that is proper.

13 Dated: June 24, 2011                    _____

                                          CHARLES W. DAFF
14                                        Chapter 7 Trustee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

A.   THE TRUSTEE MAY SELL DEBTORS ASSETS PURSUANT TO 11 U.S.C.
     §363(b)

11 U.S.C. §363(b)(1) provides:

The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate.

The sale proposed by the trustee meets with the requirement of Bankruptcy Code section 704(1) which states, The trustee shall- (1) collect and reduce to money the property of the estate for which such trustee serves, and close the estate as expeditiously as is compatible with the best interest of the parties.

Accordingly, an order approving the sale pursuant to 11 U.S.C. §363(b) is appropriate.

B.   THERE IS A SOUND BUSINESS PURPOSE FOR THE SALE.

There must be some articulated business purpose for a proposed sale outside the ordinary course of business.  In re Walter, 83 B.R. 14, 19-20 (9th Cir. BAP 1988).  The standards for whether a sale is supported by a sound business purpose was set forth in In re Continental Air Lines, Inc., 780 F.2d 1223, 1226 (5th Cir. 1986), wherein the Fifth Circuit states:

> Whether the proffered business justification is sufficient, depends on the case.  As the Second Circuit held in Lionel, the bankruptcy judge should consider all salient factors pertaining to the proceeding and accordingly act to further the diverse interest of the debtor, creditors and equity holders, alike.  He might for example look to such relevant factors as the proportionate value of the asset to the estate as a whole, the amount of elapsed time since the filing, the likelihood that a plan of reorganization will be proposed and confirmed in the near future, the effect

1    of the proposed disposition on future plans of
     reorganization, the proceeds to be obtained from the
2    disposition vis a vis any appraisals of the property,
     which of the alternatives use, sale or lease proposal
3    envisions and most importantly perhaps whether the
     assets is increasing or decreasing in value.  This list
4    is not intended to be exclusive, but merely to provide
     guidance to the bankruptcy judge.
5    Id. citing In re Lionel Corp., 722 F.2d 1063, 1071 (2d
     Cir 1983).

6

7        The standards set forth in In re Continental Airlines, Inc.

8    were adopted by the Ninth Circuit Bankruptcy Appellate Panel in

9    In re Walter, 83 B.R. 14, 19-20.

10       In the present case there is a sound business purpose for

11   the sale.  The sale as proposed will provide for a means to pay

12   creditors of the estate from the liquidation of the estates

13   property interest.  The primary consideration ... is the benefit

14   bestowed upon the estate as a result of the transfer, in

15   particular the benefit to the unsecured creditors.  In re

16   P.R.T.C., Inc., 177 F.3d 774, 783 (9th Cir. 1999).  On the other

17   hand, if the sale is not approved, then there would be no assets

18   available to pay the creditors of this estate.

19       Therefore, the trustee respectfully submits that if this

20   court applies the good business reason standard suggested by the

21   Second Circuit in Lionel, the transaction should be approved.

22       Based upon the good business reasons that exist to grant the

23   motion, the Trustee believes that the sale must be approved

24   without delay to avoid losing this opportunity to successfully

25   sell the property.

26   C.   THE SALE IN THE BEST INTEREST OF THE ESTATE.

27       The benefits to the estate as set forth above are tremendous

28   as it is anticipated that the sale will generate net proceeds of

-7-

1    $15,000 for payment of creditors.

2    D.    ACCURATE AND REASONABLE NOTICE HAS BEEN GIVEN.

3         It is anticipated that the Notice of hearing on this motion

4    will meet the requirements for accurate and reasonable notice

5    under the circumstances.

6    E.    THE SALE IS MADE IN GOOD FAITH.

7         The court in In re Wilde Horse Enterprise, Inc., set forth

8    the factors in considering whether a transaction is in good

9    faith. The court stated:

10        Good faith encompasses fair value, and further
11   speaks to the integrity of the transaction. Typical
     bad faith or misconduct would include collusion between
12   the seller and buyer or any attempt to take unfair
     advantage of other potential purchasers. And, with
13   respect to making such determinations, the court and
     creditors must be provided with sufficient information
14   to allow them to take a position on the proposed sale.

15        In the present case, the proposed sale is an arms length

16   transaction. As set forth in the Notice of Motion, the creditors

17   will have been provided with sufficient notice of sale. It is in

18   the best interest of the creditors for the court to approve the

19   proposed sale.

20

21

22

23

24

25

26

27

28

**DECLARATION OF CHARLES W. DAFF**

I, Charles W. Daff, declare:

1.    I am the duly qualified and acting trustee for the debtor, Margaret Mitchell, in case number 8:11-10938 ES.   The facts contained herein are within my personal knowledge and, if called as a witness, I could and would testify competently to the same.

2.    This declaration is made in support of my motion for authority to privately sell and assign personal property known as the Promissory Note and Junior Trust Deed secured and recorded on real property located at 31381 S. Coast Highway, Laguna Beach, CA 92651 which is based upon the Assignment of Deed of Trust dated March 24, 2008 and recorded with the Orange County Clerk Recorder on March 26, 2008 bearing recording number 2008000139659. The Debtor listed in her bankruptcy schedules as an asset of the estate a Promissory Note and Junior Trust Deed which is recorded and secured on real property located at 31381 S. Coast Highway, Laguna Beach, CA 92651.   The Debtor in Schedule B-Personal Property described her interest as a "Note & 2nd TD on property at 31381 S. Coast Hwy., Laguna Beach, Ca. 92651, Original Value of $106,000."   A true and correct copy of Schedule B- Personal Property is attached hereto as **Exhibit A.**   The Debtor's interest is based upon a Deed of Trust dated March 24, 2008 and recorded with the Orange County Clerk Recorder on March 26, 2008 bearing instrument number 2008000139658.   The stated amount due on the promissory note pursuant to the deed of trust is $106,000.   A true and correct copy of the Short Form Deed of Trust and Assignment of Rents is attached hereto as **Exhibit B.**   The

1 │ Assignment of Deed of Trust transferring the interest to the
2 │ debtor, Margaret Mitchell, is recorded with the Orange County
3 │ Recorder on March 26, 2008 bearing instrument number
4 │ 2008000139659.  A true and correct copy of the Assignment of Deed
5 │ of Trust is attached hereto as **Exhibit C.**

6 │     3.    On or about June 17, 2011, I received an offer to
7 │ purchase and assign the Promissory Note and Trust Deed for the
8 │ sum of $15,000.00 cash, from John S. Clifford, attorney for the
9 │ buyer, OC Pacific LLC.

10 │     4.    The real property located at 31381 S. Coast Highway,
11 │ Laguna Beach, California is owned by Donald L. Castro. Donald
12 │ Castro filed a chapter 7 bankruptcy on February 23, 2009, under
13 │ case number 8:09-11442 TA.   Charles W. Daff was appointed the
14 │ Trustee in the case bearing number 8:09-11442 TA.   Charles W.
15 │ Daff filed a No Asset Report in case number 8:09-11442 TA on
16 │ January 26, 2010.   The case is still open in the court at this
17 │ time

18 │     4.    The debtor has scheduled in Schedule F-Unsecured Claims
19 │ the sum of $50,076.50. A dividend will be paid to general
20 │ unsecured creditors as a result of the sale of this asset.

21 │     It is my request that the Court grant the motion for
22 │ authorization to private sale and assignment of the Promissory
23 │ Note and Trust Deed pursuant to the terms and conditions of
24 │ private sale subject to bankruptcy court approval as set forth in
25 │ the Motion; and authorizing me to sign any and all documents
26 │ necessary to effectuate the terms of sale.

27 │
28 │

-10-

1    I declare under the penalty of perjury that the foregoing is

2   true and correct as executed on June 24, 2011, at Santa Ana,

3   California.

4

5                                CHARLES W. DAFF

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# EXHIBIT A

Case 8:11-bk-10938-ES    Doc 1    Filed 01/21/11    Entered 01/21/11 15:41:15    Desc
Main Document    Page 17 of 47

B6B (Official Form 6B) (12/07)

IN RE Mitchell, Margaret Hodges                                    Case No. _____
_____                                            (If known)
              Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank Ckg # Ending 0063<br>275 W. Central<br>Brea, CA 92821<br><br>US Bank Svgs # Ending 8821 | | 1,100.00<br><br><br><br>1,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Furniture & furnishings at residence | | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing at residence | | 1,000.00 |
| 7. Furs and jewelry. | | Jewelry (watches, rings, misc.) | | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Case 8:11-bk-10938-ES    Doc 1    Filed 01/21/11    Entered 01/21/11 15:41:15    Desc
Main Document    Page 18 of 47

B6B (Official Form 6B) (12/07) -- Cont.

IN RE Mitchell, Margaret Hodges _____    Case No. _____
                                         Debtor(s)                                                 (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Toyota Corolla -4DR License #5CQL758 118,000 miles | | 3,900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Case 8:11-bk-10938-ES    Doc 1    Filed 01/21/11    Entered 01/21/11 15:41:15    Desc
Main Document    Page 19 of 47

B6B (Official Form 6B) (12/07) -- Cont.

IN RE Mitchell, Margaret Hodges                                     Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Note & 2nd TD on property at<br>31381 S. Coast Hwy<br>Laguna Beach, CA 92651<br>Original value of $106,000.<br>Note was levied upon by Creditor Joanne McDowell as a result of Judgement in the amount of $25,961.39.<br>Debtor has been informed that property has been foreclosed on and the TD value lost. | | unknown |
| | | | TOTAL | 11,600.00 |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

0 continuation sheets attached

# EXHIBIT B

# EXHIBIT B

Recorded in Official Records, Orange County

Tom Daly, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖   **30.00**

RECORDING REQUESTED BY:
Cal Counties Title Nation

AND WHEN RECORDED MAIL TO:
Champions Group Equity Lending
2001 Business Center Drive, Suite 109
Irvine CA 92612

**2008000139658** 12:58pm 03/26/08

109 73 D11 A36 7

0.00 0.00 0.00 0.00 16.00 0.00 0.00 0.00

Escrow No.: 01238-CL

THIS SPA  E FOR RECORDER'S USE ONLY:
Title Order No.:

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST, made March 24, 2008

A.P. 0031-031418

Donald L. Castle, a Single Man, herein called Trustor,
whose address is 31391 Coast Hwy. Laguna Beach, CA 92657 and

Cal Counties Title Nation, a California Corporation, herein called Trustee, and Champions Group Equity Lending, herein called BENEFICIARY,

WITNESSETH: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE that Property in Orange County, California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.
Also Known as: 31391 Coast Highway, Laguna Beach, CA 92657

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits. For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference which or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extensions or renewal thereof, in the principal sum of $168,006.86 executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secur d.

DATED March 24, 2008
STATE OF CALIFORNIA
COUNTY OF _____
On _____
before me, _____
A Notary Public in and for said State personally appeared _____

_____                              _____
                                                            Donald L. Castle

who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____                          (Seal)

┌─────────────────────────────┐
│         W. H. EPPERSON       │
│     Commission # 1724429     │
│    Notary Public - California│
│      Los Angeles County      │
│   My Comm. Expires Mar 7, 2011│
└─────────────────────────────┘

# CALIFORNIA COUNTIES TITLE COMPANY

**8707 Research Drive, Irvine, California 92618 (949) 727-3900**

I certify under penalty of perjury under government code 27361.7 that the
notary seal on the document to which this statement is attached reads as
follows:

Name of Notary:   W. H. Epperson

ID #: 1724429

VIN#: NNA1

Date commission expires:   3/7/11
County where bond is filed:   Los Angeles County
Place of execution: Irvine, Ca.

Date: Mian-Xp , 2008

_____
Signature

**LISA ANDERSON, for: California Counties Title Company**

To Protect the Security of This Deed of Trust, Trustor Agrees: By the execution and delivery of this Deed of Trust and the note secured hereby, that the provisions (1) to (14), inclusive of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County October 18, 1961, and in all other counties October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| County | Book | Page | County | Book | Page | County | Book | Page | County | Book | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 34 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 389 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 269 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| Eldorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 181 | 691 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glenn | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1978 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 527 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 526 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2 Book 1961 Page 183887 | | | | |

(which provisions, identical in all counties are printed on the reverse hereof are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; t of he will observe and perform said provisions; and that the references to property, obligations, and parties set f rth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default or f any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

---

DO NOT RECORD

**REQUEST FOR FULL RECONVEYANCE**
To be used only when note has been paid

To: Cal Counties Title Nation, Trustee                            Dated:_____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on pa ment to you any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

| MAIL RECONVEYANCE TO |
|---|
|  |
|  |
|  |
|  |

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures. Both must be delivered to the Trustee for cancellation before reconveyance will be made.

EXHIBIT "A"

PARCEL 1:  LOT "C" OF TRACT NO. 831, AS SHOWN ON A MAP RECORDED IN
BOOK 25, PAGE 15, MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY,
CALIFORNIA.

EXCEPTING THAT PORTION OF SAID LAND, IF ANY, WHICH LIES BELOW OR
SEAWARD OF THE LINE OF MEAN HIGH TIDE OF THE PACIFIC OCEAN.

PARCEL 2:     AN EASEMENT FOR INGRESS AND EGRESS OVER THE
NORTHEASTERLY 14 FEET OF LOTS B, D, E AND F AND OVER THE
NORTHEASTERLY 14 FEET OF THE NORTHWESTERLY 30 FEET OF LOT G IN
TRACT NO. 831, AS SHOWN ON A MAP RECORDED IN BOOK 25, PAGE 15,
MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA SAID
EASEMENT TO BE USED IN COMMON WITH THE OWNERS OF LOTS B, C, D, E,
F AND G OF SAID TRACT.

**I CERTIFY UNDER PENALTY OF PERJURY UNDER GOVERNMENT CODE 27361.8 THAT THE ILLEGIBLE PORTION OF THE DOCUMENT READS AS FOLLOWS:**

See Exhibit B

---

Signature:

**LISA ANDERSON FOR:    CALIFORNIA COUNTIES TITLE NATION**

RECORDING REQUESTED BY:
Cal Counties Title Nation

AND WHEN RECORDED MAIL TO:

Champions Group Equity Lending
2081 Business Center Drive, Suite 105
Irvine, CA 92612



THIS SPACE FOR RECORDER'S USE ONLY

Escrow No.: 01838-CL                                    Title Order No.:

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST, made March 24, 2008                    A.P. #056-032-10

Donald L. Castro, a Single Man, herein called Trustor,
whose address is 31381 Coast Hwy, Laguna Beach, CA 92657 and

Cal Counties Title Nation, a California Corporation, herein called Trustee, and Champions Group Equity Lending, herein called
BENEFICIARY,

WITNESSETH: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE
that Property in Orange County, California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as: 31381 Coast Highway, Laguna Beach, CA 92657

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right power and authority given to and conferred upon
Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits. For the
Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the
indebtedness evidenced by one promissory note of even date herewith, and any extensions or renewal thereof, in the principal sum of
$106,000.00 executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property
may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

DATED March 24, 2008
STATE OF CALIFORNIA
COUNTY OF _____
On _____
before me, _____
A Notary Public in and for said State personally appeared

_____

who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal

Donald L. Castro

Signature_____          (Seal)

**To Protect the Security of This Deed of Trust, Trustor Agrees:** By the execution and delivery of this Deed of Trust and the note secured hereby, that the provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County October 18, 1961, and in all other counties October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| County | Book | Page | County | Book | Page | County | Book | Page | County | Book | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 34 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 389 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 289 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| Eldorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 181 | 851 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glenn | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1878 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 5327 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 598 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2 Book 1961 Page 183887 | | | | |

(which provisions, identical in all counties are printed on the reverse hereof) are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties set forth in this Deed of Trust

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

---

## DO NOT RECORD

### REQUEST FOR FULL RECONVEYANCE
To be used only when note has been paid

To: Cal Counties Title Nation, Trustee:            Dated:_____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

| MAIL RECONVEYANCE TO | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures. Both must be delivered to the Trustee for cancellation before reconveyance will be made.

# EXHIBIT C

EXHIBIT C

Recorded in Official Records, Orange County

Tom Daly, Clerk-Recorder

**18.00**

2008000139659 12:58pm 03/26/08

108 73 A32 5

0.00 0.00 0 00 0.00 12.00 0.00 0.00 0.00

RECORDING REQUESTED BY:
Cal Counties Title Nation

AND WHEN RECORDED MAIL TO:

Margaret Mitchell

*[handwritten: 1 DAY ESCROW
3700 Katella AVE #202
Los Alamitos, Ca 90720]*

*[handwritten vertical left margin: 1023376]*

THIS SPACE FOR RECORDER'S USE ONLY:

Escrow No.: 01838-CL                        Title Order No.:

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to Margaret Mitchell all beneficial interest under that certain Deed of Trust dated March 24, 2008 executed by Donald L. Castro, a Single Man, Trustor, to Cal Counties Title Nation, a California Corporation, Trustee, and recorded as Instrument No. *[handwritten: concurrent]* on March 26, 2008, of Official Records in the County Recorders Office of Orange California, describing land therein as:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
A.P. # 086-032-10

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

DATED March 24, 2008
STATE OF CALIFORNIA
COUNTY OF _____
On _____ before me, _____
A Notary Public in and for said State personally appeared _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

Champions Group Equity Lending:

By: _____
Sean Robert

*[notary seal:]* W. H. EPPERSON
COMMISSION # 1724429
Notary Public - California
Los Angeles County
My Comm. Expires May 7, 2011

(Seal)

# CALIFORNIA COUNTIES TITLE COMPANY

**8707 Research Drive, Irvine, California 92618 (949) 727-3900**

I certify under penalty of perjury under government code 27361.7 that the
notary seal on the document to which this statement is attached reads as
follows:

**Name of Notary:**   W. H · Epperson

**ID #:**   1724429

**VIN#:**   NNAI

**Date commission expires:**   3 7 11
**County where bond is filed:**   Losangeles   **County**
**Place of execution: Irvine, Ca.**

**Date:** MAR. 26, 2008

**Signature**

**LISA ANDERSON, for: California Counties Title Company**

EXHIBIT "A"

PARCEL 1:  LOT "C" OF TRACT NO. 831, AS SHOWN ON A MAP RECORDED IN
BOOK 25, PAGE 15, MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY,
CALIFORNIA.

EXCEPTING THAT PORTION OF SAID LAND, IF ANY, WHICH LIES BELOW OR
SEAWARD OF THE LINE OF MEAN HIGH TIDE OF THE PAFICIC OCEAN.

PARCEL 2:      AN  EASEMENT  FOR  INGRESS  AND  EGRESS  OVER  THE
NORTHEASTERLY  14  FEET  OF  LOTS  B,  D,  E  AND  F  AND  OVER  THE
NORTHEASTERLY 14 FEET OF THE NORTHWESTERLY 30 FEET OF LOT G IN
TRACT NO. 831, AS SHOWN ON A MAP RECORDED IN BOOK 25, PAGE 15,
MISCELLANEOUS  MAPS,  RECORDS  OF  ORANGE  COUNTY,  CALIPORNIA  SAID
EASEMENT TO BE USED IN COMMON WITH THE OWNERS OF LOTS B, C, D, E,
F AND G OF SAID TRACT.

RECORDING REQUESTED BY:
Cal Counties Title Nation

AND WHEN RECORDED MAIL TO:

Margaret Mitchell

*Exhibit B*

THIS SPACE FOR RECORDER'S USE ONLY

| Escrow No.: 01838-CL | Title Order No.: |
|---|---|

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to **Margaret Mitchell** all beneficial interest under that certain Deed of Trust dated **March 24, 2008** executed by **Donald L. Castro, a Single Man, Trustor**, to **Cal Counties Title Nation, a California Corporation, Trustee**, and recorded as Instrument No. *concurrent*, on March 26, 2008, of Official Records in the County Recorders Office of Orange California, describing land therein as:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
A.P. # 056-032-10

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

DATED March 24, 2008
STATE OF CALIFORNIA
COUNTY OF _____
On _____
before me, _____
A Notary Public in and for said State personally appeared
_____

**Champions Group Equity Lending:**

By: _____
    **Sean Roberts**

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature_____ (Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW. IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

**I CERTIFY UNDER PENALTY OF PERJURY UNDER GOVERNMENT CODE 27361.8 THAT
THE ILLEGIBLE PORTION OF THE DOCUMENT READS AS FOLLOWS:**

Signature: _____

**LISA ANDERSON FOR:   CALIFORNIA COUNTIES TITLE NATION**

| In re<br>MARGARET HODGES MITCHELL | CHAPTER 7 |
|---|---|
| | CASE NO.: 8:11-10938-ES |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2009 N. Broadway, Santa Ana, CA 92706

The foregoing document described NOTICE OF MOTION AND **TRUSTEE'S MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below: June 27, 2011 ☞

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On ~~June 24, 2011~~ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

- Charles W Daff (TR)    cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
- Christine M Fitzgerald    cfitzgerald@scckg.com
- Barry R Gore    bgore@scckg.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Edward A Weiss    edweiss1@att.net

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**  June 27, 2011 ☞
On ~~June 24, 2011~~ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor: Margaret Hodges Mitchell, 1973 Lark Ellen Dr., Fullerton, Ca 92835

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on June 24, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Erithe A. Smith, U.S. Bankruptcy Court, Santa Ana, Ca 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June ~~24~~ 27, 2011 | Charles W Daff | |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

Label Matrix for local noticing
0973-8
Case 8:11-bk-10938-ES
Central District Of California
Santa Ana
Mon Jun 27 16:15:33 PDT 2011

(p)EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
BENEFIT OVERPAYMENT COLLECTION SECTION
MIC 91
PO BOX 826218
SACRAMENTO CA 94230-6218

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

OC Pacific, LLC
1280 Bison Ave
Suite B9
Newport Beach, CA 92660-4257

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Amanda Mitchell
288 S. Torn Branch Rd.
Lake Elsinore, CA 92530-1900

Bruce Dannemeyer
The Dreyfus Firm
7700 Irvine Center Dr., #710
Irvine, CA 92618-3043

Chad S. Cristana
288 S. Torn Branch Rd.
Lake Elsinore, CA 92530-1900

Chase Bank
Cardmember Service
POB 94014
Palatine, IL 60094-4014

Edwin J. Rambuski
Law Office Of Edwin J Rambuski
1220 Marsh St.
San Luis Obispo, CA 93401-3326

Joanne McDowell
aka Joanne Maldonado
15404 Rojas St.
Hacienda Heights, CA 91745-5229

Smitty's Bail Bonds Of San Luis Obi
John C. Wright dba Medico-Dental Ad
1241 Johnson Ave., PMB 234
San Luis Obispo, CA 93401-3306

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-8000

Wachovia Mortgage
POB 659558
San Antonio, TX 78265-9558

Charles W Daff (TR)
2009 N. Broadway
Santa Ana, CA 92706-2611

Edward A Weiss
700 S Macduff St
Anaheim, CA 92804-3216

Margaret Hodges Mitchell
1973 Lark Ellen Dr.
Fullerton, CA 92835-2230

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17

Label Matrix for local noticing
0973-8
Case 8:09-bk-11442-TA
Central District Of California
Santa Ana
Sat Jun 25 07:19:33 PDT 2011

EMC Mortgage Corporation
Attn: Bankruptcy Dept
POB 293150
Lewisville, TX 75029-3150


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


OneWest Bank, FSB servicer for Deutsche Nank
Malcolm & Cisneros
2112 Business Center Drive
2nd Floor
Irvine, CA 92612-7135


ARVINDER S BRARA
15844 TANBERRY DRIVE
CHINO HILLS CALIFORNIA 91709-7859



COUNTRYWIDE
450 AMERICAN STREET
SIMI VALLEY CALIFORNIA 93065-6285



Franchise Tax Board
Bankruptcy Section MS A340
POB 2952
Sacramento CA 95812-2952


INDYMAC FEDERAL BAK, FSB
460 SIERRA MADRE VILLA AVE., SUITE 101
MAIL STOP HS 01-04
PASADENA, CA 91107-2947


(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920


Om Prakash

America's Wholesale Lender, its assigne
1665 Scenic Avenue. Suite 200.
Costa Mesa, CA 92626-1441



(p)EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
BENEFIT OVERPAYMENT COLLECTION SECTION
MIC 91
PO BOX 826218
SACRAMENTO CA 94230-6218

JPMorgan Chase Bank, National Association
7255 Baymeadow Way
Mail Stop JAXB2007
Jacksonville, FL 32256-6851


Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500



BAC Home Loans Servicing, L.P.
1665 Scenic Ave Ste 200
Costa Mesa, CA 92626-1441



EMC
2780 LAKE VISTA
LEWISVILLE TX 75067-3884



Frank Cadigan Assistant United States Truste
411 West Fourth St Ste 9041
Santa Ana, CA 92701-8000



JPMorgan Chase
7255 Baymeadows Way
Mail Stop JAXB2007
Jacksonville, Florida 32256-6851



Charles W Daff (TR)
2009 N. Broadway
Santa Ana, CA 92706-2611



Rahul Thacker
c/o Castaneda & Associates PLC
350 S Grand Ave Ste 2220
Los Angeles, CA 90071-3485

Americana Trust Deed Services
c/o Paul V Reza
POB 4931
Mission Viejo, CA 92690-4931



First Regional Bank Custodian FBO Laura King




OneWest Bank FSB
c/o Malcolm Cisneros Law
2112 Business Center Dr 2nd Fl
Irvine, CA 92612-7135



AMERICANA TRUST DEED
760 NORTH EUCLID SUITE 206
ANAHEIM CA 92801-4124



Bank of America, National Association as suc
Payment Processing
P.O. BOX 660753
Dallas, Texas 75266-0753



PIVANTA FUNDING
2081 BUSINESS CENTER DRIVE SUITE 285
IRVINE CA 92612-1144



INDYMAC
888 EAST WALNUT STREET
PASADENA CA 91101-1802



United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-8000



Donald Castro
32081 S Coast Hwy
Laguna Beach, CA 92651-6868

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Employment Development Dept.                WASHINGTON MUTUAL
Bankruptcy Group MIC 92E                    PO BOX 660487
P.O. Box 826880                             DALLAS TX  75266
Sacramento, CA 94280-0001


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, National Association as s    (u)Bank of The West Trustee for the Robert M.    (u)Courtesy NEF


(u)First American Trust, FSB FBO S. Lowenberg    (u)JP Morgan Chase Bank, National Association    (u)TD Investment Group I LLC


End of Label Matrix
Mailable recipients    28
Bypassed recipients     6
Total                  34