| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHARLES W. DAFF, BAR NO 76178<br>2009 N BROADWAY<br>SANTA ANA, CA. 92706<br>TEL: 714-541-0301<br>FAX: 714-569-0515<br>charlesdaff@yahoo.com<br><br>☐ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA _____ DIVISION**

| In re:<br>MARGARET MITCHELL<br><br><br><br><br>Debtor(s). | CASE NO.: 8:11-BK-10938 ES<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>[No hearing unless requested in writing] |
|---|---|

## TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:

1. Movant(s) CHARLES W. DAFF, TRUSTE, has filed a motion entitled TRUSTEE' MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESTATE; DECLARATION OF CHARLES W. DAFF____.

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached description of relief sought. (*Check appropriate box below*):

    ☑ The full motion is attached hereto; or
    ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and

serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Date: 6/27/2011

Respectfully submitted,

By: _____
Signature of Movant or attorney for Movant

Name: CHARLES W. DAFF, TRUSTEE
Type name of Movant or attorney for Movant

| In re | CHAPTER 7 |
|---|---|
| MARGARET HODGES MITCHELL | CASE NO.: 8:11-10938-ES |
| Debtor(s). | |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2009 N. Broadway, Santa Ana, CA 92706

The foregoing document described **NOTICE OF MOTION AND TRUSTEE'S MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY OF THE ESATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below: June 27, 2011 cd

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ~~June 24, 2011~~ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

- Charles W Daff (TR)   cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
- Christine M Fitzgerald   cfitzgerald@scckg.com
- Barry R Gore   bgore@scckg.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil   cdcaecf@bdfgroup.com
- Edward A Weiss   edweiss1@att.net

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:** June 27, 2011 cd
On ~~June 24,~~ 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor: Margaret Hodges Mitchell, 1973 Lark Ellen Dr., Fullerton, Ca  92835

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on June 24, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Erithe A. Smith, U.S. Bankruptcy Court, Santa Ana, Ca  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June ~~24~~ 27, 2011    Charles W Daff    [signature]
Date    Print Name    Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

January 2009

JOHN S. CLIFFORD
SMITH, CAMPBELL, CLIFFORD
KEARNEY & GORE
1800 N. BROADWAY, #200
SANTA ANA, CA. 92706

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:11-bk-10938-ES<br>Central District Of California<br>Santa Ana<br>Mon Jun 27 16:15:33 PDT 2011 | (p)EMPLOYMENT DEVELOPMENT DEPARTMENT<br>STATE OF CALIFORNIA<br>BENEFIT OVERPAYMENT COLLECTION SECTION<br>MIC 91<br>PO BOX 826218<br>SACRAMENTO CA 94230-6218 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| OC Pacific, LLC<br>1280 Bison Ave<br>Suite B9<br>Newport Beach, CA 92660-4257 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | Amanda Mitchell<br>288 S. Torn Branch Rd.<br>Lake Elsinore, CA 92530-1900 |
| Bruce Dannemeyer<br>The Dreyfus Firm<br>7700 Irvine Center Dr., #710<br>Irvine, CA 92618-3043 | Chad S. Cristana<br>288 S. Torn Branch Rd.<br>Lake Elsinore, CA 92530-1900 | Chase Bank<br>Cardmember Service<br>POB 94014<br>Palatine, IL 60094-4014 |
| Edwin J. Rambuski<br>Law Office Of Edwin J Rambuski<br>1220 Marsh St.<br>San Luis Obispo, CA 93401-3326 | Joanne McDowell<br>aka Joanne Maldonado<br>15404 Rojas St.<br>Hacienda Heights, CA 91745-5229 | Smitty's Bail Bonds Of San Luis Obi<br>John C. Wright dba Medico-Dental Ad<br>1241 Johnson Ave., PMB 234<br>San Luis Obispo, CA 93401-3306 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 9041<br>Santa Ana, CA 92701-8000 | Wachovia Mortgage<br>POB 659558<br>San Antonio, TX 78265-9558 | Charles W Daff (TR)<br>2009 N. Broadway<br>Santa Ana, CA 92706-2611 |
| Edward A Weiss<br>700 S Macduff St<br>Anaheim, CA 92804-3216 | Margaret Hodges Mitchell<br>1973 Lark Ellen Dr.<br>Fullerton, CA 92835-2230 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Courtesy NEF | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     1<br>Total                  17 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:09-bk-11442-TA<br>Central District Of California<br>Santa Ana<br>Sat Jun 25 07:19:33 PDT 2011 | America's Wholesale Lender, its assigne<br>1665 Scenic Avenue. Suite 200.<br>Costa Mesa, CA 92626-1441 | Americana Trust Deed Services<br>c/o Paul V Reza<br>POB 4931<br>Mission Viejo, CA 92690-4931 |
| EMC Mortgage Corporation<br>Attn: Bankruptcy Dept<br>POB 293150<br>Lewisville, TX 75029-3150 | (p)EMPLOYMENT DEVELOPMENT DEPARTMENT<br>STATE OF CALIFORNIA<br>BENEFIT OVERPAYMENT COLLECTION SECTION<br>MIC 91<br>PO BOX 826218<br>SACRAMENTO CA 94230-6218 | First Regional Bank Custodian FBO Laura King |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | JPMorgan Chase Bank, National Association<br>7255 Baymeadow Way<br>Mail Stop JAXB2007<br>Jacksonville, FL 32256-6851 | OneWest Bank FSB<br>c/o Malcolm Cisneros Law<br>2112 Business Center Dr 2nd Fl<br>Irvine, CA 92612-7135 |
| OneWest Bank, FSB servicer for Deutsche Nank<br>Malcolm & Cisneros<br>2112 Business Center Drive<br>2nd Floor<br>Irvine, CA 92612-7135 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | AMERICANA TRUST DEED<br>760 NORTH EUCLID SUITE 206<br>ANAHEIM CA 92801-4124 |
| ARVINDER S BRARA<br>15844 TANBERRY DRIVE<br>CHINO HILLS CALIFORNIA 91709-7859 | BAC Home Loans Servicing, L.P.<br>1665 Scenic Ave Ste 200<br>Costa Mesa, CA 92626-1441 | Bank of America, National Association as suc<br>Payment Processing<br>P.O. BOX 660753<br>Dallas, Texas 75266-0753 |
| COUNTRYWIDE<br>450 AMERICAN STREET<br>SIMI VALLEY CALIFORNIA 93065-6285 | EMC<br>2780 LAKE VISTA<br>LEWISVILLE TX 75067-3884 | FIVANTA FUNDING<br>2081 BUSINESS CENTER DRIVE SUITE 285<br>IRVINE CA 92612-1144 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>POB 2952<br>Sacramento CA 95812-2952 | Frank Cadigan Assistant United States Truste<br>411 West Fourth St Ste 9041<br>Santa Ana, CA 92701-8000 | INDYMAC<br>888 EAST WALNUT STREET<br>PASADENA CA 91101-1802 |
| INDYMAC FEDERAL BAK, FSB<br>460 SIERRA MADRE VILLA AVE., SUITE 101<br>MAIL STOP HS 01-04<br>PASADENA, CA 91107-2947 | JPMorgan Chase<br>7255 Baymeadows Way<br>Mail Stop JAXB2007<br>Jacksonville, Florida 32256-6851 | United States Trustee (SA)<br>411 W Fourth St., Suite 9041<br>Santa Ana, CA 92701-8000 |
| (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 | Charles W Daff (TR)<br>2009 N. Broadway<br>Santa Ana, CA 92706-2611 | Donald Castro<br>32081 S Coast Hwy<br>Laguna Beach, CA 92651-6868 |
| Om Prakash | Rahul Thacker<br>c/o Castaneda & Associates PLC<br>350 S Grand Ave Ste 2220<br>Los Angeles, CA 90071-3485 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

WASHINGTON MUTUAL
PO BOX 660487
DALLAS TX 75266

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, National Association as s

(u)Bank of The West Trustee for the Robert M.

(u)Courtesy NEF

(u)First American Trust, FSB FBO S. Lowenberg

(u)JP Morgan Chase Bank, National Association

(u)TD Investment Group I LLC

End of Label Matrix
Mailable recipients    28
Bypassed recipients     6
Total                  34