| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| CHARLES W. DAFF, BAR NO 76178<br>2009 N. BROADWAY<br>SANTA ANA, CA. 92706<br>TEL: 714-541-0301<br>FAX: 714-569-0515 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>MARGARET MITCHELL<br><br><br><br>Debtor(s). | CASE NO.: 8:11-BK-10938ES |
|---|---|

## NOTICE OF SALE OF ESTATE PROPERTY

| Sale Date: 7/11/11 | Time: 1:30 P.M. |
|---|---|
| Location: 2009 N. BROADWAY, SANTA ANA, CA. 92706 | |

Type of Sale:  ☐ Public    ☑ Private    Last date to file objections: 7/11/11

Description of Property to be Sold: SELL AND ASSIGN THE DEED OF TRUST RECORDED ON MARCH 26, 2008 IN THE ORANGE COUNTY RECORDER'S OFFICE UNDER THE INSTRUMENT NO: 2008000139659. THE PROMISSORY NOTE AND DEED OF TRUST IN THE PRINICIPAL AMOUNT OF $106,000 ARE SECURED AGAINST REAL PROPERTY LOCATED AT 31381 S. COAST HIGHWAY, LAGUNA BEACH, CA. 92651

Terms and Conditions of Sale: SEE MOTION ATTACHED HERETO AND HEREBY INCORPORATED BY REFERENCE

Proposed Sale Price: $15,000 CASH

Overbid Procedure (If Any): FIRST OVERBID IN THE SUM OF $2500 CASH AND INCREMENTS AT A $1000 OR MORE FOR EACH BID THEREAFTER

If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:

Contact Person for Potential Bidders (include name, address, telephone, fax and/or e:mail address):

CHARLES W. DAFF, CHAPTER 7 TRUSTEE
2009 N. BROADWAY, SANTA ANA, CA. 92706
TEL: 714-541-0301
FAX: 714-569-0515

Date: 6/27/11

| In re Mitchell | CHAPTER 7 |
|---|---|
| Debtor | Case No 8:11-bk-10938 ES |
|  |  |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2009 N. BROADWAY, SANTA ANA, CA. 92707

a true and correct copy of the foregoing document described as NOTICE OF SALE OF ESTATE PROPERTY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 06/27/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Charles W Daff (TR)    cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com
- Christine M Fitzgerald    cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
- Barry R Gore    bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Edward A Weiss    edweiss1@att.net

☐    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On 06/27/11 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
*HON. ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE, 411 W FOURTH ST. SANTA ANA, CA. 92701 (CHAMBERS BOX)*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

06/27/11 CHARLES W. DAFF    _____
Date    Type Name    Signature

JOHN S. CLIFFORD
SMITH, CAMPBELL, CLIFFORD
KEARNEY & GORE
1800 N. BROADWAY, #200
SANTA ANA, CA. 92706

Label Matrix for local noticing
0973-8
Case 8:11-bk-10938-ES
Central District Of California
Santa Ana
Mon Jun 27 16:15:33 PDT 2011

(p)EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
BENEFIT OVERPAYMENT COLLECTION SECTION
MIC 91
PO BOX 826218
SACRAMENTO CA 94230-6218

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

OC Pacific, LLC
1280 Bison Ave
Suite B9
Newport Beach, CA 92660-4257

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Amanda Mitchell
288 S. Torn Branch Rd.
Lake Elsinore, CA 92530-1900

Bruce Dannemeyer
The Dreyfus Firm
7700 Irvine Center Dr., #710
Irvine, CA 92618-3043

Chad S. Cristana
288 S. Torn Branch Rd.
Lake Elsinore, CA 92530-1900

Chase Bank
Cardmember Service
POB 94014
Palatine, IL 60094-4014

Edwin J. Rambuski
Law Office Of Edwin J Rambuski
1220 Marsh St.
San Luis Obispo, CA 93401-3326

Joanne McDowell
aka Joanne Maldonado
15404 Rojas St.
Hacienda Heights, CA 91745-5229

Smitty's Bail Bonds Of San Luis Obi
John C. Wright dba Medico-Dental Ad
1241 Johnson Ave., PMB 234
San Luis Obispo, CA 93401-3306

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-8000

Wachovia Mortgage
POB 659558
San Antonio, TX 78265-9558

Charles W Daff (TR)
2009 N. Broadway
Santa Ana, CA 92706-2611

Edward A Weiss
700 S Macduff St
Anaheim, CA 92804-3216

Margaret Hodges Mitchell
1973 Lark Ellen Dr.
Fullerton, CA 92835-2230


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17

Label Matrix for local noticing
0973-8
Case 8:09-bk-11442-TA
Central District Of California
Santa Ana
Sat Jun 25 07:19:33 PDT 2011

EMC Mortgage Corporation
Attn: Bankruptcy Dept
POB 293150
Lewisville, TX 75029-3150

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

OneWest Bank, FSB servicer for Deutsche Nank
Malcolm & Cisneros
2112 Business Center Drive
2nd Floor
Irvine, CA 92612-7135

ARVINDER S BRARA
15844 TANBERRY DRIVE
CHINO HILLS CALIFORNIA 91709-7859

COUNTRYWIDE
450 AMERICAN STREET
SIMI VALLEY CALIFORNIA 93065-6285

Franchise Tax Board
Bankruptcy Section MS A340
POB 2952
Sacramento CA 95812-2952

INDYMAC FEDERAL BAK, FSB
460 SIERRA MADRE VILLA AVE., SUITE 101
MAIL STOP HS 01-04
PASADENA, CA 91107-2947

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Om Prakash

America's Wholesale Lender, its assigne
1665 Scenic Avenue. Suite 200.
Costa Mesa, CA 92626-1441

(p)EMPLOYMENT DEVELOPMENT DEPARTMENT
STATE OF CALIFORNIA
BENEFIT OVERPAYMENT COLLECTION SECTION
MIC 91
PO BOX 826218
SACRAMENTO CA 94230-6218

JPMorgan Chase Bank, National Association
7255 Baymeadow Way
Mail Stop JAXB2007
Jacksonville, FL 32256-6851

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

BAC Home Loans Servicing, L.P.
1665 Scenic Ave Ste 200
Costa Mesa, CA 92626-1441

EMC
2780 LAKE VISTA
LEWISVILLE TX 75067-3884

Frank Cadigan Assistant United States Truste
411 West Fourth St Ste 9041
Santa Ana, CA 92701-8000

JPMorgan Chase
7255 Baymeadows Way
Mail Stop JAXB2007
Jacksonville, Florida 32256-6851

Charles W Daff (TR)
2009 N. Broadway
Santa Ana, CA 92706-2611

Rahul Thacker
c/o Castaneda & Associates PLC
350 S Grand Ave Ste 2220
Los Angeles, CA 90071-3485

Americana Trust Deed Services
c/o Paul V Reza
POB 4931
Mission Viejo, CA 92690-4931

First Regional Bank Custodian FBO Laura King

OneWest Bank FSB
c/o Malcolm Cisneros Law
2112 Business Center Dr 2nd Fl
Irvine, CA 92612-7135

AMERICANA TRUST DEED
760 NORTH EUCLID SUITE 206
ANAHEIM CA 92801-4124

Bank of America, National Association as suc
Payment Processing
P.O. BOX 660753
Dallas, Texas 75266-0753

FIVANTA FUNDING
2081 BUSINESS CENTER DRIVE SUITE 285
IRVINE CA 92612-1144

INDYMAC
888 EAST WALNUT STREET
PASADENA CA 91101-1802

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-8000

Donald Castro
32081 S Coast Hwy
Laguna Beach, CA 92651-6868

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

WASHINGTON MUTUAL
PO BOX 660487
DALLAS TX 75266


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, National Association as s

(u)Bank of The West Trustee for the Robert M.

(u)Courtesy NEF


(u)First American Trust, FSB FBO S. Lowenberg

(u)JP Morgan Chase Bank, National Association

(u)TD Investment Group I LLC


End of Label Matrix
Mailable recipients    28
Bypassed recipients     6
Total                  34